IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID NEWTON BREWER                                                                                          PLAINTIFF

VS.                                                                              CIVIL ACTION NO. 2:21-cv-91-KS-RHWR

COMMISSIONER OF SOCIAL SECURITY
Kilolo Kijakazi                                                                                              DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on June 15, 2022, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

The Magistrate's Report and Recommendation [19] stated "an objecting party must specifically identify the findings, conclusions, and recommendations to which he objects. A District Judge need not consider frivolous, conclusive, or general objections. A party who fails to file written objections to the proposed findings, conclusions, and recommendations shall be barred, except upon grounds of plain error, from attacking on appeal any proposed factual finding or legal conclusion adopted by the Court to which he has not objected." The Court notes that Plaintiff has failed to file any written objections to the proposed findings, conclusions and recommendations and is therefore barred from attacking same.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint [1] is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __21st___ day of  July 2022.


        ___s/Keith Starrett_____
        UNITED STATES DISTRICT JUDGE